IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Searching of: | MJ-21-067-M-KLD |
| White Ford F250 Pickup Truck with Vehicle Identification Number 1FTSX21528EC09068 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 4th day of October, 2022.

_____
Honorable Kathleen L. Desoto
Magistrate Judge